**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christina M Martinez** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–5158** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **7**   **4/17/19** |
| Case number:  **19–11180** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christina M Martinez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 325 Douglas Drive <br> Bloomingdale, IL 60108–1812 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph P Doyle <br> Law Office of Joseph P Doyle <br> 105 S Roselle Road <br> Suite 203 <br> Schaumburg, IL 60193 | Contact phone 847–985–1100 <br> Email: joe@fightbills.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Thomas E Springer <br> Springer Brown, LLC <br> 300 South County Farm Road <br> Suite I <br> Wheaton, IL 60187 | Contact phone 630–510–0000 <br> Email: tspringer@springerbrown.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 4/18/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 3, 2019 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/2/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Christina M Martinez  
     Debtor

Case No. 19-11180-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ldavis     Page 1 of 2     Date Rcvd: Apr 18, 2019  
                 Form ID: 309A     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              Christina M Martinez,    325 Douglas Drive,    Bloomingdale, IL  60108-1812
27759828       +Carlos Plascenia,    325 Douglas Drive,    Bloomingdale, IL 60108-1812
27759834       +Edgerton & Edgerton,    125 Wood Street,    West Chicago, IL 60185-2804
27759835        Fernando Martinez,    606 WILLOW WOOD DR,    UNIT 5104,    Carol Stream, IL 60188-4007
27759842       +Nick Broches,    PO Box 8129,    Bartlett, IL 60103-8129
27759844       +Roberto Martinez,    325 Douglas Drive,    Bloomingdale, IL 60108-1812
27759847      ++TOTAL FINANCE AC LLC,    3400 N PULASKI ROAD,    CHICAGO IL 60641-4023
                (address filed with court:   Total Finance,     2917 West Irving Park Road,    Chicago, IL 60618)
27759846       +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
27759848       +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
27759849       +Walter Mc Nally,    1601 ADAMY CT,    Addison, IL 60101-5753
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: joe@fightbills.com Apr 19 2019 01:57:31      Joseph P Doyle,
                Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,    Schaumburg, IL   60193
tr             +EDI: BTESPRINGER.COM Apr 19 2019 05:33:00      Thomas E Springer,    Springer Brown, LLC,
                300 South County Farm Road,    Suite I,    Wheaton, IL 60187-2453
27759827       +E-mail/Text: cashnotices@gmail.com Apr 19 2019 01:59:45      Ameri Cash Loans,
                2509 W Schaumburg Rd,    Schaumburg, IL 60194-3887
27759829       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Express,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759830       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Marathon,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759831       +EDI: WFNNB.COM Apr 19 2019 05:33:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759833       +E-mail/Text: bankruptcy@credencerm.com Apr 19 2019 01:59:54      Credence Resource Management,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
27759836       +EDI: AMINFOFP.COM Apr 19 2019 05:33:00      First Premier Bank,    Attn: Bankruptcy,
                Po Box 5524,    Sioux Falls, SD 57117-5524
27759837       +EDI: IIC9.COM Apr 19 2019 05:33:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                St Paul, MN 55164-0378
27759838        E-mail/Text: bankruptcy@moneylion.com Apr 19 2019 01:59:52      Lion Loans,    P.O. Box 1547,
                Sandy, UT 84091-1547
27759839       +EDI: MID8.COM Apr 19 2019 05:33:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
27759841       +E-mail/Text: electronicbkydocs@nelnet.net Apr 19 2019 01:58:53      Nelnet,    3015 S Parker Rd,
                Aurora, CO 80014-2904
27759840       +E-mail/Text: electronicbkydocs@nelnet.net Apr 19 2019 01:58:53      Nelnet,    Attn: Claims,
                Po Box 82505,    Lincoln, NE 68501-2505
27759843       +EDI: PRA.COM Apr 19 2019 05:33:00      Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
27759845       +EDI: DRIV.COM Apr 19 2019 05:33:00      Santander Consumer USA,    Attn: Bankruptcy,
                Po Box 961245,    Fort Worth, TX 76161-0244
27762026       +EDI: RMSC.COM Apr 19 2019 05:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 16
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
27759832     ##+Continental Furn,    Attn:Collections,    2743 W 36th Place,    Chicago, IL 60632-1616
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ldavis              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 309A             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Joseph P Doyle    on behalf of Debtor 1 Christina M Martinez joe@fightbills.com,
               courts@fightbills.com;r44937@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com,  IL85@ecfcbis.com;mspringer@springerbrown.com
                                                                                            TOTAL: 3
```