**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christina M Martinez** | Social Security number or ITIN   **xxx–xx–5158** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–11180**

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina M Martinez

<u>August 5, 2019</u>

**For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                           Case No. 19-11180-JSB
Christina M Martinez                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 05, 2019
                               Form ID: 318                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
db             Christina M Martinez,    325 Douglas Drive,    Bloomingdale, IL 60108-1812
27759828      +Carlos Plascenia,    325 Douglas Drive,    Bloomingdale, IL 60108-1812
27759834      +Edgerton & Edgerton,    125 Wood Street,    West Chicago, IL 60185-2804
27759835       Fernando Martinez,    606 WILLOW WOOD DR,    UNIT 5104,    Carol Stream, IL 60188-4007
27759842      +Nick Broches,    PO Box 8129,    Bartlett, IL 60103-8129
27759844      +Roberto Martinez,    325 Douglas Drive,    Bloomingdale, IL 60108-1812
27759847     ++TOTAL FINANCE AC LLC,    3400 N PULASKI ROAD,    CHICAGO IL 60641-4023
              (address filed with court: Total Finance,     2917 West Irving Park Road,    Chicago, IL 60618)
27759846      +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
27759848      +US Deptartment of Education/Great Lakes,     Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
27759849      +Walter Mc Nally,    1601 ADAMY CT,    Addison, IL 60101-5753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27759827      +E-mail/Text: cashnotices@gmail.com Aug 06 2019 01:21:29     Ameri Cash Loans,
                2509 W Schaumburg Rd,    Schaumburg, IL 60194-3887
27882831      +EDI: ATLASACQU.COM Aug 06 2019 04:53:00     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
27759829      +EDI: WFNNB.COM Aug 06 2019 04:53:00     Comenity Bank/Express,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759830      +EDI: WFNNB.COM Aug 06 2019 04:53:00     Comenity Bank/Marathon,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759831      +EDI: WFNNB.COM Aug 06 2019 04:53:00     Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
27759833      +E-mail/Text: bankruptcy@credencerm.com Aug 06 2019 01:21:36     Credence Resource Management,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
27759836      +EDI: AMINFOFP.COM Aug 06 2019 04:53:00     First Premier Bank,    Attn: Bankruptcy,
                Po Box 5524,    Sioux Falls, SD 57117-5524
27759837      +EDI: IIC9.COM Aug 06 2019 04:58:00     I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                St Paul, MN 55164-0378
27759838       E-mail/Text: bankruptcy@moneylion.com Aug 06 2019 01:21:34      Lion Loans,    P.O. Box 1547,
                Sandy, UT 84091-1547
27759839      +EDI: MID8.COM Aug 06 2019 04:53:00     Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
27759841      +E-mail/Text: electronicbkydocs@nelnet.net Aug 06 2019 01:20:40      Nelnet,    3015 S Parker Rd,
                Aurora, CO 80014-2904
27759840      +E-mail/Text: electronicbkydocs@nelnet.net Aug 06 2019 01:20:40      Nelnet,    Attn: Claims,
                Po Box 82505,    Lincoln, NE 68501-2505
27759843      +EDI: PRA.COM Aug 06 2019 04:53:00     Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
27759845      +EDI: DRIV.COM Aug 06 2019 04:58:00     Santander Consumer USA,    Attn: Bankruptcy,
                Po Box 961245,    Fort Worth, TX 76161-0244
27762026      +EDI: RMSC.COM Aug 06 2019 04:53:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27759832     ##+Continental Furn,    Attn:Collections,    2743 W 36th Place,   Chicago, IL 60632-1616
                                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Aug 05, 2019
                              Form ID: 318             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
          Joseph P Doyle    on behalf of Debtor 1 Christina M Martinez joe@fightbills.com,
           courts@fightbills.com;r44937@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    tspringer@springerbrown.com,  IL85@ecfcbis.com;mspringer@springerbrown.com
                                                                                           TOTAL: 3
```